IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

U.S. BANK NATIONAL ASSOCIATION
AS TRUSTEE, SUCCESSOR IN INTEREST
TO BANK OF AMERICA NATIONAL ASSOCIATION
AS TRUSTEE (SUCCESSOR BY MERGER TO
LASALLE BANK NATIONAL ASSOCIATION)
AS TRUSTEE FOR MORGAN STANLEY MORTGAGE
LOAN TRUST 2006-12XS,

      Plaintiff,

vs.                                                              Civ. No. 15-667 KG/CG

ANKE HERNANDEZ AND
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
(SOLELY AS NOMINEE FOR LENDER
AND LENDER'S SUCCESSOR AND ASSIGNS),

      Defendants.

## ORDER OF REMAND

Having determined that remand is appropriate by a Memorandum Opinion and Order entered contemporaneously with this Order of Remand,

IT IS ORDERED that this case is remanded to the Seventh Judicial District, County of Torrance, State of New Mexico.

_____
UNITED STATES DISTRICT JUDGE